**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

_________________ Division

# CIVIL RIGHTS COMPLAINT FORM

Garvin Jackson
Jail ID# 1659319
Prison No. 227260
(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 8:16-cv-2720-T-35 TBM
(To be supplied by Clerk's Office)

2016 SEP 22 AM 10: 55

v.

United States
Pinellas County Florida
Pinellas County Jail
Pinellas County Sheriff Department
(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

_________________________________________/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Pinellas County Jail
(Indicate the name and location)
14400 49th St. No. Clearwater Florida 33762

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:



IFP

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( ✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( ✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): ______________________________

   ______________________________

   Defendant(s): ______________________________

   ______________________________

2. Court (if federal court, name the district; if state court, name the county):

   ______________________________

3. Docket Number: ______________________________

4. Name of judge: ______________________________

5. Briefly describe the facts and basis of the lawsuit: ______________________________

   ______________________________

   ______________________________

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   ______________________________

   ______________________________

7. Approximate filing date: ______________________________

8. Approximate disposition date: ______________________________

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: ______________________

______________________

______________________

______________________

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Garvin Jackson

Mailing address: Pinellas County Jail 14400 49th St, No, Clearwater Florida 33762

B. Additional Plaintiffs: ______________________

______________________

______________________

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: United States President

Mailing Address: White House 1600 Pennsylvania Ave, Washington DC 20044

Position: Government Head Person

Employed at: White House of United States

D. Defendant: Pinellas County Florida

Mailing Address: Pinellas County Florida

______________________

Position: Pinellas County Florida

Employed at: Pinellas County Building

E. Defendant: Pinellas County Jail

Mailing Address: 14400 49th St, No.

clearwater Florida 33762

Position: Bureau Commander-Head of Jail

Employed at: Pinellas County Jail

F. Defendant: Pinellas County Sheriff Department

Mailing Address: Pinellas County Sheriff Department

Position: Pinellas County Sheriff Department

Employed at: Pinellas County Sheriff Department

G. Defendant: ______

Mailing Address: ______

Position: ______

Employed at: ______

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Cruel and Unusual Punishment
Violation of the United States
Constitution.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

I am being treated Cruel and Unusual
by not being able to Use my due Process
of rights and Priviledges deprived and
rights and refuseing me medical assistance
and Proper treatment and Jail Commit
mail fraud and mail thief by staff from me
and all of this is Cruel and Unusual Punishment
on me and the director Head of this Jail will not abide

by the rules of the laws of the rules of a Jail and the laws. And I will send all and any responses of request/complaints, informal grievances, grievance and appeal grievance and any other evidence I can when I can get Copys from Public Records this Jail will not give me Copys of my request and Complaints grievances of nothing else and Some Complaint Papers is at my home that I can not get to them only can get Copys from Public Records of What I do not have with me as I can get this Civil Complaint filed for Cruel and Unusual Punishment of this Jail on me for all of these things and ways and more things I will write about in the future of this Complaint that's illegal and Unconstitutional on me And I bonded out of Jail and now I am back in Jail to finish my Cases I had befor I bonded out and have now and I am forced to give my mail and legal mail to staff officers that I have gave to before and my mail have been stolen, Pieces taken out of the envelope and stolen, sent to where I did not send it to and sent out and recieved later than it suppose to

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I would like for relief all cost and intrest

and Service bind to Your Court and U.S. Marshall make Serve and Pay all cost and intrest and I would like 300,000,000 dollars - Three Hundred Million Dollars from United States for my Mental and Physical injurys of ~~Use of force, Due Process depriveing of my rights and Priviledges, Medical Melpractice~~, Anxiety, Stress, nervesness and depression ~~and mail fraud and thief and cruel and Unusual Punishment~~ and dispare, aggony, humiliation and migrain Headaches all I am still suffering from.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ______ day of [redacted] september, 2016.

Garvin Jackson

Garvin Jackson

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the ______ day of [redacted] september, 2016.